UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-20674-CR-GAYLES

UNITED STATES OF AMERICA

v.

RAFAEL ANGEL ROMERO,

Defendant.

_____/

ORDER DENYING DEFENDANT'S
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on Defendant Rafael Angel Romero's Motion for Early Termination of Supervised Release. [ECF No. 1193]. Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release at any time after the expiration of one year of supervised release after considering the factors in 18 U.S.C. § 3553(a) and if the Court is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

The Defendant is ineligible for early termination at this time because he has not been on supervised release for one year. Even so, after considering the applicable § 3553(a) factors, the Defendant's underlying criminal conduct, and that the Defendant provides no specific reason for early termination, the Court finds that it is not in the interest of justice to terminate his supervised release at this time. THEREFORE, Defendant's Motion for Early Termination of Supervised Release is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 9th day of June, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE