**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

United States of America,
Plaintiff,
v.
Rafael Romero,
Defendant.

FILED BY MCO D.C.
AUG 18 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No.: 1:19-CR-20674-DPG

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

COMES NOW the Defendant, Rafael Romero, proceeding pro se, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3583(e)(1), for early termination of his term of supervised release. In support thereof, the Defendant states:

**1. Background**

The Defendant has completed one full year of supervised release as of August 12, 2026.
The Defendant previously submitted a request for early termination before the expiration of the required one-year period. That request was denied as premature. The Defendant respectfully submits this renewed request now that the required one-year period has been completed.

**2. Compliance and Rehabilitation**

The Defendant has maintained full compliance with all conditions of supervision, has had no violations, maintained compliance during pretrial release, and maintained a clear disciplinary record while incarcerated. The Defendant also successfully completec the Residential Drug Abuse Program (RDAP), demonstrating a commitment to rehabilitation.

**3. Support from Probation**

The Defendant's Probation Officer has indicated that he does not oppose this request and would recommend early termination.

**4. Family Responsibilities**

The Defendant is a husband of 26 years and a father of three children. He seeks greater employment opportunities to better support his family, which are currently limited by supervision.

**5. Legal Standard**

Under 18 U.S.C. § 3583(e)(1), the Court may terminate supervision after one year if warranted by the conduct of the defendant and the interests of justice.

**6. Conclusion**

The Defendant respectfully submits that his conduct demonstrates rehabilitation and that continued supervision is no longer necessary.

Respectfully submitted,

Rafael Romero
14329 SW 15th St
Miami, Florida 33184
(305) 951-8505
ralph3822@gmail.com

SIGNATURE
Date: August 18, 2026